ORDERED.

**Dated:  July 19, 2018**

Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RMS TITANIC, INC. *et al.*. | Case No. 3:16-bk-002230-PMG |
| _____Debtors_____ / | Jointly Administered |
| OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF PREMIER EXHIBITIONS, INC., | Adv. Case No.: 18-ap-00064-PMG |
| Plaintiff, | |
| MARK A. SELLERS, DOUGLAS BANKER, RICHARD KRANIAK, JACK H. JACOBS, DAOPING BAO, SELLERS CAPITAL, LLC, and SELLERS CAPITAL MASTER FUND, LTD., | |
| _____Defendants._____ / | |

**ORDER GRANTING PLAINTIFF'S *EX PARTE*
MOTION TO STAY AND SCHEDULE A STATUS CONFERENCE**

THIS MATTER came before the Court without hearing on the *Plaintiff's* Ex Parte

*Motion to Stay and Schedule a Status Conference on Negative Notice* [D.E. 3] (the "Motion")

filed on June 15, 2018, by Plaintiff, the Official Committee of Equity Security Holders of

Premier Exhibitions, Inc. (the "Equity Committee" or "Plaintiff"), pursuant to Local Rule 7001-

1(k) and Local Rule 2002-4, in conjunction with the negative notice provisions set forth in the

Motion.  The Court, having reviewed the docket in the instant case and the Court's May 25, 2018

*Order Granting Emergency Motion of the Official Committee of Equity Security Holders for*

*Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Certain*

*Claims on Behalf of the Debtors' Estates* (the "Order") [D.E. 1036 in Case No. 3:16-bk-02230-

PMG (the "Bankruptcy Case")], does:

**ORDER** as follows:

1.   The Motion is **GRANTED**.

2.   This Adversary Proceeding[1] is stayed, except that the Equity Committee may:

   a.   file the instant Motion;

   b.   effectuate service of initial process in the Adversary Proceeding; and

   c.   engage in negotiations to settle the Adversary Proceeding.

3.   The Court shall hold a status conference in this matter on September 19, 2018 @ 1:30 pm _____, on the 4th Floor in Courtroom A, 300

North Hogan Street, Jacksonville, Florida, at which the Court may enter an order scheduling

mediation, trial, and such other matters as the Court deems appropriate.

Attorney Robert P. Charbonneau is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

*All references to "debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

---

[1] All capitalized words shall have the meanings ascribed to them in the Motion unless otherwise defined in this order.