**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Jacksonville Division**

| | |
|---|---|
| IN RE: | Chapter 11 |
| RMS TITANIC, INC. et al., | Case No. 3:16-bk-02230-PMG |
| Debtor. _____/ | Jointly Administered |
| OFFICIAL COMMITTEE OF EQUITY SECUIRTY HOLDERS OF PREMIER EXHIBITIONS, INC., | Adv. Case No. 18-ap-00064-PMG |
| Plaintiff, | |
| v. | |
| MARK A. SELLERS, DOUGLAS BANKER, RICHARD KRANIAK, JACK H. JACOBS, DAOPING BAO, SELLERS CAPITAL, LLC, and SELLERS CAPITAL MASTER FUND, LTD., | |
| Defendants. _____/ | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that the undersigned counsel represents and appears on behalf of Defendant, Sellers Capital LLC, in the above-styled action. All parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings upon said counsel at the physical or email addresses set forth below.

Respectfully submitted,

/s/ Kenneth Dante Murena
Kenneth Dante Murena
Florida Bar No.: 147486
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
Email: kmurena@dvllp.com
*Counsel for Defendant Sellers Capital, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on September 10, 2018 on all counsel or parties who have appeared in the above-styled action, listed on the Service List set forth below.

/s/ Kenneth Dante Murena
Kenneth Dante Murena, Esq.
*Counsel for Defendant Sellers Capital, LLC*

## SERVICE LIST

Robert P. Charbonneau, Esq.
Christopher B. Spuches, Esq.
Jason A. Martorella, Esq.
*Counsel for Plaintiff*
AGENTIS, PLLC
501 Brickell Key Drive, Suite 300
Miami, FL 33131
*Via CM/ECF*