UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RMS TITANIC, INC. *et al.*, | Case No. 3:16-bk-002230-PMG |
| _____Debtors_____ / | Jointly Administered |
| MARK C. HEALY of Michael Moecker & Associates, Inc. in his capacity as Court-Appointed Responsible Person, | Adv. Case No.: 18-ap-00064-PMG |
| Plaintiff, | |
| v. | |
| MARK A. SELLERS, DOUGLAS BANKER, RICHARD KRANIAK, JACK H. JACOBS, DAOPING BAO, SELLERS CAPITAL, LLC, and SELLERS CAPITAL MASTER FUND, LTD., | |
| _____Defendants._____ / | |

## PLAINTIFF'S AGREED MOTION TO ENLARGE TIME TO MEDIATE

Mark C. Healy, as fiduciary of the Debtors (the "Responsible Person"), in the capacity as temporary substitute plaintiff for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc. (the "Plaintiff" or "Equity Committee"), by and through undersigned counsel, and as agreed to by the Defendants (together with the Plaintiff, the "Parties"), pursuant to Fed. R. Bankr. P. 9006(b), files this agreed motion (the "Motion") to enlarge the deadline to mediate set forth in the *Order of Referral to Mediation and Pre-Trial Discovery Scheduling Order* [ECF# 22] (the "Order"). In support of the Motion, the Plaintiff states as follows:

1. On October 16, 2018 this Court entered the Order, which set deadlines in this adversary proceeding to select a mediator, set a mediation date, exchange informal discovery, and conduct an additional pretrial conference.

2. On January 25, 2019, the Court entered ECF # 25 in this adversary proceeding, *Consent Order Granting Motion To Appoint A Responsible Person As Substitute Plaintiff In The Adversary Proceeding Against Certain Of The Debtors' Current and Former Directors and Officers* (the "Substitution Order").

3. The Parties have thus far complied with the Order but are requesting a two-month extension of time to comply with the current February 18, 2019 deadline to mediate.

4. "[W]hen an act is required or allowed to be done at or within a specified period by these rules or by notice given thereunder or *by order of court*, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is *made before the expiration of the period originally prescribed* or as extended by a previous order . . . ." Fed. R. Bankr. P. 9006(b)(1) (emphasis added) (irrelevant provisions omitted).

5. This Motion is being made before the deadline to mediate set forth in the Order.

6. Cause to enlarge the Order's timeframe for the parties to mediate exists here.

7. Over the last several months, the Equity Committee was in a transitory state pending the appointment of Mark C. Mr. Healy ("Mr. Healy") as Plaintiff. During this time it was unclear to the Parties in this matter who would appear at a mediation on behalf of the Plaintiff, and what authority that party would have to settle this matter.

8. Now that Mr. Healy has been appointed under the Substitution Order, mediation can proceed. However, Mr. Healy is required to perform certain administrative tasks before this

agentis

55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

can occur. Mr. Healy must retain current counsel, if it is his intent to do so, who was previously serving on behalf the Official Committee of Equity Security Holders of Premier Exhibitions, Inc. Upon information and belief, Mr. Healy similarly intends to retain additional special counsel on bad faith and coverage issues associated with this adversary proceeding. Mr. Healy expects those motions to be filed with the Court in the main bankruptcy case within the next several days.

9. Additionally, and due to confidentiality and disclosure issues in place in the main bankruptcy case, it has taken the Parties more time than anticipated to complete the discovery contemplated in the Order. The Parties agree that a larger timetable for discovery is necessary.

10. The Parties agree that the mediation would have an improved chance of success if the parties are granted an additional three months to complete discovery and engage in other activities related to the mediation, including, but not necessarily limited to, participation by all insurers in the case.

11. Since the March 20, 2019 pretrial conference set by the Order contemplates the completion of mediation, if the three-month extension of the mediation deadline sought herein is granted, the Court should also move the pretrial conference to a date that is no less than three months after the new mediation deadline. The Parties agree to file a subsequent order to reset continued deadlines and continue mediation.

agentis

55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

WHEREFORE, the Plaintiff respectfully requests that this Court (1) enter an order in substantially the same form as the proposed order attached hereto as **Exhibit A**, which grants this Motion, extends the Order's mediation deadline to approximately ninety (90) days from the existing mediation deadline, and moves the pretrial conference granting this Motion, and (2) grant any further relief that the Court deems just and appropriate under the circumstances.

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).

By: ___/s/ Robert P. Charbonneau___
Robert P. Charbonneau
Florida Bar No.: 968234
rpc@agentislaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in the case on February 12, 2019.

AGENTIS, PLLC
Special Counsel for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
Tel.: 305.722.2002
www.agentislaw.com

By: _____
Robert P. Charbonneau
Florida Bar No.: 968234
rpc@agentislaw.com

**Exhibit A**

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RMS TITANIC, INC. *et al.*. | Case No. 3:16-bk-002230-PMG |
| ____Debtors_____/ | Jointly Administered |
| MARK C. HEALY of Michael Moecker & Associates, Inc. in his capacity as Court-Appointed Responsible Person, | Adv. Case No.: 18-ap-00064-PMG |
| Plaintiff, | |
| v. | |
| MARK A. SELLERS, DOUGLAS BANKER, RICHARD KRANIAK, JACK H. JACOBS, DAOPING BAO, SELLERS CAPITAL, LLC, and SELLERS CAPITAL MASTER FUND, LTD., | |
| ____Defendants._____/ | |

**AGREED ORDER GRANTING
PLAINTIFF'S MOTION TO ENLARGE TIME TO MEDIATE**

THIS MATTER came before the Court upon *Plaintiff's Agreed Motion to Enlarge Time to Mediate* (the "Motion"), and the Court, having reviewed the Motion and considered the relief requested therein, **ORDERS** as follows:

1. The Motion is **GRANTED.**

2. The parties shall complete the mediation contemplated in the *Order of Referral to Mediation and Pre-Trial Scheduling Order* [ECF# 22] (the "Order") on or before **Monday, May 20, 2019.**

2

3.  The Court shall conduct the pretrial conference described in the Order on _____, _____, 2019, at _____ on the 4th Floor in Courtroom A, 300 North Hogan Street, Jacksonville, Florida.

### # # #

**SUBMITTED BY:**
Robert P. Charbonneau, Esq.
Florida Bar No: 968234
rpc@agentislaw.com
AGENTIS PLLC
**Counsel for the Plaintiff**
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

(Copy furnished to Attorney Charbonneau, who is directed to serve a copy of the signed order on all parties and file with the Court a certificate of service.)