ORDERED.

UNITED STATES BANKRUPTCY COURT

**Dated:  March 05, 2019** MIDDL

Paul M. Glenn
United States Bankruptcy Judge

In re:

RMS TITANIC, INC. *et al.*.                              Case No. 3:16-bk-002230-PMG

_____Debtors_____ /        Jointly Administered

MARK C. HEALY of Michael Moecker &       Adv. Case No.: 18-ap-00064-PMG
Associates, Inc. in his capacity as Court-
Appointed Responsible Person,

        Plaintiff,

v.

MARK   A.   SELLERS,   DOUGLAS
BANKER, RICHARD KRANIAK, JACK
H. JACOBS, DAOPING BAO, SELLERS
CAPITAL, LLC, and SELLERS CAPITAL
MASTER FUND, LTD.,

_____Defendants._____ /

## AGREED ORDER GRANTING
## PLAINTIFF'S MOTION TO ENLARGE TIME TO MEDIATE

        THIS MATTER came before the Court upon *Plaintiff's Agreed Motion to Enlarge Time
to Mediate* [ECF# 27] (the "Motion"), and the Court, having reviewed the Motion and
considered the relief requested therein, **ORDERS** as follows:

        1.        The Motion is **GRANTED.**

        2.        The parties shall complete the mediation contemplated in the *Order of Referral to
Mediation and Pre-Trial Scheduling Order* [ECF# 22] (the "Order") on or before **Monday, May
20, 2019**.

3.      The Court shall conduct the pretrial conference described in the Order on September _____, _____, 2019, at _____ on the 4th Floor in Courtroom

4

10:00 am

A, 300 North Hogan Street, Jacksonville, Florida.

# # #

**SUBMITTED BY:**
Robert P. Charbonneau, Esq.
Florida Bar No: 968234
rpc@agentislaw.com
AGENTIS PLLC
**Counsel for the Plaintiff**
55 Alhambra Plaza, Suite 800
Coral Gables, Florida  33134
T. 305.722.2002
www.agentislaw.com

(Copy furnished to Attorney Charbonneau, who is directed to serve a copy of the signed order on all parties and file with the Court a certificate of service.)