## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

*In re:*

PREMIER EXHIBITIONS, INC., et. al.,

_____Debtor._____ /

MARK C. HEALY of Michael Moecker &
Associates, Inc. in his capacity as Court-
Appointed Responsible Person,

     Plaintiff,

v.

MARK A. SELLERS, DOUGLAS BANKER,
RICHARD KRANIAK, JACK H. JACOBS,
DAOPING BAO, SELLERS CAPITAL, LLC,
and SELLERS CAPITAL MASTER FUND,
LTD.,

     Defendants.

_____ /

Case No.: 3:16-bk-2232-PMG

Chapter 11

Adv. Case No. 3:18-ap-00064-PMG

### PLAINTIFF'S SECOND AGREED MOTION TO ENLARGE TIME TO MEDIATE

Mark C. Healy, as fiduciary of the Debtors (the "Responsible Person"), in the capacity as

temporary substitute plaintiff for the Official Committee of Equity Security Holders of Premier

Exhibitions, Inc. (the "Plaintiff" or "Equity Committee"), by and through undersigned counsel,

and as agreed to by the Defendants (together with the Plaintiff, the "Parties"), pursuant to Fed. R.

Bankr. P. 9006(b), files this agreed motion (the "Motion") to enlarge the deadline to mediate set

forth in the *Order of Referral to Mediation and Pre-Trial Discovery Scheduling Order* [ECF#

22] (the "Order").  In support of the Motion, the Plaintiff states as follows:

1.      On October 16, 2018 this Court entered the Order, which set deadlines in this adversary proceeding to select a mediator, set a mediation date, exchange informal discovery, and conduct an additional pretrial conference.

2.      On January 25, 2019, the Court entered ECF # 25 in this adversary proceeding, *Consent Order Granting Motion to Appoint A Responsible Person As Substitute Plaintiff In The Adversary Proceeding Against Certain Of The Debtors' Current and Former Directors and Officers* (the "Substitution Order").

3.      On February 2, 2019, Plaintiff filed an *Agreed Motion to Enlarge Time to Mediate* [ECF# 27] which was granted by the court on March 5, 2019 [ECF# 29].

4.      The Parties have thus far complied with the Order but are requesting an extension of time to comply with the current May 20, 2019 deadline to mediate.

5.      "[W]hen an act is required or allowed to be done at or within a specified period by these rules or by notice given thereunder or ***by order of court***, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is ***made before the expiration of the period originally prescribed*** or as extended by a previous order . . . ."  Fed. R. Bankr. P. 9006(b)(1) (emphasis added) (irrelevant provisions omitted).  This Motion is being made before the deadline to mediate set forth in the Order.

6.      Cause to enlarge the Order's timeframe for the parties to mediate exists here. While the Parties have exchanged some discovery, more is required in order to adequately prepare for mediation.

7.      Concurrently with the filing of this motion, the Responsible Person will be filing a motion in the main bankruptcy case for turnover of the Debtor's computer servers.  Additional time will be required to obtain the server and review its contents.



**55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

8. Given the coordination by the Parties and their various counsel to attend the proposed continued mediation on July 24, 2019, the matter is submitted to the Court on an agreed basis.

**WHEREFORE**, the Plaintiff respectfully requests that this Court (1) enter an order in substantially the same form as the proposed order attached hereto as **Exhibit A**, which grants this Motion, extends the Order's mediation deadline to July 24, 2019, and moves the pretrial conference, and (2) grant any further relief that the Court deems just and appropriate under the circumstances.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).*

By: ____/s/ Robert P. Charbonneau_____
      Robert P. Charbonneau
      Florida Bar No.: 968234
      rpc@agentislaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in the case on May 17, 2019.

**AGENTIS, PLLC**
*Special Counsel for Plaintiff*
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
Tel.: 305.722.2002
www.agentislaw.com

By: ___/s/ Robert P. Charbonneau_____
      Robert P. Charbonneau
      Florida Bar No.: 968234
      rpc@agentislaw.com

3



**Exhibit A**

**(Proposed Order)**

55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

*In re:*                                                   Case No.: 3:16-bk-2232-PMG

PREMIER EXHIBITIONS, INC., et. al.,          Chapter 11

      Debtor.                           /

MARK C. HEALY of Michael Moecker &
Associates, Inc. in his capacity as Court-
Appointed Responsible Person,                    Adv. Case No. 3:18-ap-00064-PMG

      Plaintiff,

v.

MARK A. SELLERS, DOUGLAS BANKER,
RICHARD KRANIAK, JACK H. JACOBS,
DAOPING BAO, SELLERS CAPITAL, LLC,
and SELLERS CAPITAL MASTER FUND,
LTD.,

      Defendants.

_____/

## AGREED ORDER GRANTING
## PLAINTIFF'S SECOND MOTION TO ENLARGE TIME TO MEDIATE

THIS MATTER came before the Court upon *Plaintiff's Second Agreed Motion to Enlarge Time to Mediate* [ECF#   ](the "Motion"), and the Court, having reviewed the Motion and considered the relief requested therein, **ORDERS** as follows:

1.      The Motion is **GRANTED.**

2.      The parties shall complete the mediation contemplated in the *Order of Referral to Mediation and Pre-Trial Scheduling Order* [ECF# 22] (the "Order") on or before **Wednesday, July 24, 2019**.

3.      The Court shall conduct the pretrial conference described in the Order on

_____, _____, **2019, at** _____ on the 4th Floor in Courtroom

A, 300 North Hogan Street, Jacksonville, Florida.

# # #

**SUBMITTED BY:**
Robert P. Charbonneau, Esq.
Florida Bar No: 968234
rpc@agentislaw.com
AGENTIS PLLC
**Counsel for the Plaintiff**
55 Alhambra Plaza, Suite 800
Coral Gables, Florida  33134
T. 305.722.2002
www.agentislaw.com


(Copy furnished to Attorney Charbonneau, who is directed to serve a copy of the signed order on all parties and file with the Court a certificate of service.)