# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| *In re:* | Case No.: 3:16-bk-2232-PMG |
| PREMIER EXHIBITIONS, INC., et. al., | Chapter 11 |
|     Debtor.    / | |
| MARK C. HEALY of Michael Moecker & Associates, Inc. in his capacity as Court-Appointed Responsible Person, | Adv. Case No. 3:18-ap-00064-PMG |
|     Plaintiff, | |
| v. | |
| MARK A. SELLERS, DOUGLAS BANKER, RICHARD KRANIAK, JACK H. JACOBS, DAOPING BAO, SELLERS CAPITAL, LLC, and SELLERS CAPITAL MASTER FUND, LTD., | |
|     Defendants.    / | |

## **NOTICE OF MEDIATION**

**YOU ARE HEREBY NOTIFIED** that MEDIATION in the above-styled matter has been scheduled for **Wednesday, July 24, 2019** at **9:00 a.m.** before the Honorable Herb Stettin. The mediation will take place at the offices of Stroock, 200 South Biscayne Boulevard, Miami, Florida 33131.

                                            **AGENTIS, PLLC**
                                            *Special Counsel for Plaintiff*
                                            55 Alhambra Plaza, Suite 800
                                            Coral Gables, Florida 33134
                                            Tel.:   305.722.2002
                                            www.agentislaw.com

                              By:   /s/ Robert P. Charbonneau
                                            Robert P. Charbonneau
                                            Florida Bar No.: 968234
                                            rpc@agentislaw.com



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in the case on May 17, 2019.

        **AGENTIS, PLLC**
        *Counsel for Mark C. Healy as Responsible Person*
        55 Alhambra Plaza, Suite 800
        Coral Gables, Florida 33134
        Tel.:   305.722.2002
        www.agentislaw.com

By:  \_\_/s/ Robert P. Charbonnea_____
        Robert P. Charbonneau
        Florida Bar No.: 968234
        rpc@agentislaw.com