ORDERED.

Dated: May 28, 2019

_____
Jerry A. Funk
United States Bankruptcy Judge

| | |
|---|---|
| *In re:* | Case No.: 3:16-bk-2232-PMG |
| PREMIER EXHIBITIONS, INC., et. al., | Chapter 11 |
|     Debtor.                                       / | |
| MARK C. HEALY of Michael Moecker & Associates, Inc. in his capacity as Court-Appointed Responsible Person, | |
| | Adv. Case No. 3:18-ap-00064-PMG |
|     Plaintiff, | |
| v. | |
| MARK A. SELLERS, DOUGLAS BANKER, RICHARD KRANIAK, JACK H. JACOBS, DAOPING BAO, SELLERS CAPITAL, LLC, and SELLERS CAPITAL MASTER FUND, LTD., | |
|     Defendants.                             / | |

**AGREED ORDER GRANTING
PLAINTIFF'S SECOND MOTION TO ENLARGE TIME TO MEDIATE**

THIS MATTER came before the Court upon *Plaintiff's Second Agreed Motion to Enlarge Time to Mediate* [ECF# 33] (the "Motion"), and the Court, having reviewed the Motion and considered the relief requested therein, **ORDERS** as follows:

1.	The Motion is **GRANTED.**

2.	The parties shall complete the mediation contemplated in the *Order of Referral to Mediation and Pre-Trial Scheduling Order* [ECF# 22] (the "Order") on or before **Wednesday, July 24, 2019**.

# # #

**SUBMITTED BY:**
Robert P. Charbonneau, Esq.
Florida Bar No: 968234
rpc@agentislaw.com
AGENTIS PLLC
**Counsel for the Plaintiff**
55 Alhambra Plaza, Suite 800
Coral Gables, Florida  33134
T. 305.722.2002
www.agentislaw.com


(Copy furnished to Attorney Charbonneau, who is directed to serve a copy of the signed order on all parties and file with the Court a certificate of service.)