# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:16-bk-02230-PMG |
| RMS TITANIC, INC., *et al.*,[1] | Chapter 11 (Jointly Administered) |
| Debtors. | |
| MARK C. HEALY of Michael Moecker & Associates, Inc. in his capacity as Court-Appointed Responsible Person, | Adv. Case No. 3:18-ap-00064-PMG |
| Plaintiff, | |
| v. | |
| MARK A. SELLERS, DOUGLAS BANKER, RICHARD KRANIAK, JACK H. JACOBS, DAOPING BAO, SELLERS CAPITAL, LLC, and SELLERS CAPITAL MASTER FUND, LTD., | |
| Defendants. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the undersigned appears in the above-captioned case on behalf of Defendants Douglas Banker and Richard Kraniak pursuant to section 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that all notices and pleadings given or required to be given in this adversary proceeding and copies of all papers served or required to be given in this

---

[1] The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

MIA 31423411v1

adversary proceeding be given and served at the addresses, telephone, facsimile numbers, and email addresses set forth below:

> Cristina B. Rodriguez, Esq.
> Lewis F. Murphy, Esq.
> STROOCK & STROOCK & LAVAN, LLP
> 200 S. Biscayne Blvd., Suite 3100
> Miami, Florida 33131
> Tel. (305) 789-9354
> Fax. (305) 789-9302
> Email: cbrodriguez@stroock.com
> lmurphy@stroock.com
> cfernandez@stroock.com

The foregoing request includes, without limitation, all notices referred to in Fed. R. Bankr. P. 9007, as well as notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, e-mail, or otherwise.

Dated: June 3, 2019

**STROOCK & STROOCK & LAVAN LLP**

　　/s/  Cristina B. Rodriguez
Cristina B. Rodriguez (Fla. Bar No. 639982)
Lewis F. Murphy (Fla. Bar No. 308455)
200 S. Biscayne Blvd., Suite 3100
Miami, Florida 33131
Tel.  (305) 789-9354
Fax.  (305) 789-9302
cbrodriguez@stroock.com
lmurphy@stroock.com
cfernandez@stroock.com

*Counsel for Defendants Douglas Banker and Richard Kraniak*

MIA 31423411v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2019, a true and correct copy of the *Notice of Appearance and Request for Notice* was served on the persons and entities receiving CM/ECF notice in the above-captioned case.

Dated: June 3, 2019

**STROOCK & STROOCK & LAVAN LLP**

 */s/ Cristina B. Rodriguez*
Cristina B. Rodriguez (Fla. Bar No. 639982)
Lewis F. Murphy (Fla. Bar No. 308455)
200 S. Biscayne Blvd., Suite 3100
Miami, Florida 33131
Tel. (305) 789-9354
Fax. (305) 789-9302
cbrodriguez@stroock.com
lmurphy@stroock.com
cfernandez@stroock.com

*Counsel for Defendants Douglas Banker and Richard Kraniak*