## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
## www.flmb.uscourts.gov

| | |
|---|---|
| *In re:* | Case No. 3:16-bk-02230-PMG |
| RMS TITANIC, INC. *et al.*, | Jointly Administered |
|     Debtor._____/ | Chapter 11 |
| MARK C. HEALY, Liquidating Trustee, | |
|     Plaintiff, | Adv. No.: 3:18-ap-00064-PMG |
| v. | |
| MARK A. SELLERS, DOUGLAS BANKER, RICHARD KRANIAK, JACK H. JACOBS, DAOPING BAO, SELLERS CAPITAL, LLC, and SELLERS CAPITAL MASTER FUND, LTD., | |
|     Defendant._____/ | |

### **STIPULATED MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiff, Mark Healy, the Liquidating Trustee, and Defendants, Mark A. Sellers, Douglas Banker, Richard Kraniak and Jack H. Jacobs (the "Defendants"), by and through their respective, undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, stipulate to the dismissal of this action, with prejudice, but only as to the foregoing named Defendants. This Adversary Proceeding shall remain in full force and effect as to all other defendants.

Dated this 8th day of January, 2020.

By: */s/ Alan F. Curly*\*
    Alan F. Curley
    Counsel for Doug Banker and Richard Kraniak
    Robinson Curley P.C.
    300 South Wacker Drive, Suite 1700
    Chicago, Illinois 60606
    T..312.663.3100
    acurley@robinsoncurley.com
    *Mr. Curly has provided authorization to affix his electronic signature

By: */s/ Robert P. Charbonneau*
    Robert P. Charbonneau
    Counsel for Mark C. Healy
    55 Alhambra Plaza, Suite 800
    Coral Gables, Florida 33134
    T. 305.722.2002
    rpc@agentislaw.com

By: */s/ David Cimo*\*
    David Cimo
    Counsel for Mark C. Healy
    Cimo Mazer Mark PLLC
    1000 SE 2nd Street, Suite 3650
    Miami, Florida 33131
    T. 305.374.6483
    dcimo@cmmlawgroup.com
    *Mr. Cimo has provided authorization to affix his electronic signature

By: */s/ Lewis F. Murphy*\*
    Lewis F. Murphy
    Counsel for Doug Banker and Richard Kraniak
    Stroock & Stroock & Lavan, LLP
    200 South Biscayne Boulevard
    Suite 3100
    Miami, Florida 33131
    T. 305.789.9352
    lmurphy@stroock.com
    *Mr. Lewis has provided authorization to affix his electronic signature

By: */s/ John T. Rogerson, II*\*
    John T. Rogerson, II
    Counsel for Mark A. Sellers and Jack H. Jacobs
    Adams and Reese, LLP
    501 Riverside Avenue, Suite 601
    Jacksonville, FL 32202
    T. 904.355.1700
    John.rogerson@arlaw.com
    *Mr. Rogerson has provided authorization to affix his electronic signature

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the following was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on January 8, 2020.

> *I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).

        AGENTIS PLLC
        *Counsel for Plaintiff*
        55 Alhambra Plaza, Suite 800
        Coral Gables, Florida 33134
        T. 305.722.2002

By:   */s/ Robert P. Charbonneau*
        Robert P. Charbonneau
        Florida Bar No: 968234
        rpc@agentislaw.com

**55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33131 · T. 305.722.2002 · www.agentislaw.com**