## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
### www.flmb.uscourts.gov

| | |
|---|---|
| *In re:* | Case No.: 3:16-bk-2232-JAF |
| PRYXIE LIQUIDATION CORP., *et al.*[1] | Chapter 11 (Jointly Administered) |
|     Debtors.             / | |
| MARK C. HEALY, Liquidating Trustee, | |
|     Plaintiff, | Adv. No.:  3:18-ap-00064-JAF |
| v. | |
| MARK A. SELLERS, DOUGLAS BANKER, RICHARD KRANIAK, JACK H. JACOBS, DAOPING BAO, SELLERS CAPITAL, LLC, and SELLERS CAPITAL MASTER FUND, LTD., | |
|     Defendants.          / | |

### **LIQUIDATING TRUSTEE'S MOTION TO REOPEN ADVERSARY PROCEEDING**

Plaintiff, Mark C. Healy in his capacity as Liquidating Trustee (the "Plaintiff" or "Liquidating Trustee"), by and through the undersigned counsel, and pursuant to the Court's March 24, 2020 Order Administratively Closing Adversary Proceeding [AP D.E. 50] (the "Order"), Fed. R. Civ. P. 60(a), made applicable to this proceeding by Fed. R. Bankr. P. 9024, and other applicable law, moves to reopen this adversary proceeding (the "AP").  In support, the Plaintiff states as follows:

1. This AP was initiated against defendants Mark A. Sellers, Douglas Banker, Richard Kraniak, Jack H. Jacobs (collectively, the "First Settling Defendants"), Daoping Bao

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Pryxie Liquidation Corp. (4922); Pryxie Liquidation 1P LLC (3101); Pryxie Liquidation 2A LLC (3101); Pryxie Liquidation 5I LLC (5075); Pryxie Liquidation 3N Inc. (9246); Pryxie Liquidation 4M LLC (3867), and Pryxie Liquidation 6D Corp. (7309).



(the "Non-Settling Defendant"), Sellers Capital, LLC, and Sellers Capital Master Fund, Ltd. (collectively, the "Second Settling Defendants").

2. The Plaintiff's predecessor in interest, Mark C. Healy in his capacity as Court-Appointed Responsible Person (the "Responsible Person"), settled the claims raised against the First Settling Defendants, defendants Mark A. Sellers, Douglas Banker, Richard Kraniak, and Jack H. Jacobs, and moved the Court to approve their settlement agreement on September 26, 2019. [*See* D.E. 192.[2]]

3. The Court granted the Responsible Person's motion on October 16, 2019. [*See* D.E. 230.]

4. The Responsible Person settled the claims raised against the Second Settling Defendants, defendants Sellers Capital, LLC, and Sellers Capital Master Fund, Ltd., and moved the Court to approve their settlement agreement on December 13, 2019. [*See* D.E. 251.]

5. The Court granted the Responsible Person's motion on February 26, 2020. [*See* D.E. 259.]

6. As to the Non-Settling Defendant, defendant Daoping Bao, all claims were still pending, and the Court ordered a status conference on such claims to occur on April 21, 2020. [*See* AP D.E. 47; AP D.E. 48.]

7. Based on the settlement with the Second Settling Defendants, however, the Court mistakenly closed the AP by Order dated March 24, 2020. [*See* AP D.E. 50.]

8. The mistake plainly arose from oversight, as the claims against the Non-Settling Defendant were still pending.

---

[2] Citations containing "D.E." refer to docket entries in the main bankruptcy case unless otherwise noted.

2



9. Rule 60(a) of the Federal Rules of Civil Procedure, which is made applicable to this proceeding by Fed. R. Bankr. P. 9024, permits the Court to "correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record."

10. The Order also permits the parties to move to reopen the AP. [*See* AP D.E. 50.]

11. Pursuant to this authority, the Court can, and the Plaintiff respectfully submits that the Court should, correct the mistake and reopen the AP for all purposes.

**WHEREFORE**, the Responsible Person respectfully requests that this Court enter an order (a) granting this motion; (b) reopening the AP; and (c) granting any further relief as the Court deems appropriate.

**AGENTIS, PLLC**
*Co-Counsel for Liquidating Trustee*
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
Tel.:   305.722.2002
www.agentislaw.com

By:___*/s/ Robert P. Charbonneau*_____
      Robert P. Charbonneau
      Florida Bar No.: 968234
      rpc@agentislaw.com

3



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on March 30, 2020.

**AGENTIS, PLLC**
*Co-Counsel for Liquidating Trustee*
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
Tel.:   305.722.2002
www.agentislaw.com

By:___*/s/ Robert P. Charbonneau*_____
Robert P. Charbonneau
Florida Bar No.: 968234
rpc@agentislaw.com