UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re
PREMIER EXHIBITIONS, INC. a/k/a                    In a Chapter   11   Proceeding

PRYXIE LIQUIDATION CORP., et al.                   Case Number 3-16-bk-2232-3F1
DEBTORS


MARK C. HEALY, LIQUIDATING TRUSTEE
PLAINTIFF

V

DAOPING BAO, MICHAEL EVANS, SID DUTCHAK,
MINGCHENG TAO, JEROME HENSHALL,
MARK BAINS, AND GUO "DAVID" DING
DEFENDANTS
                                               )
                                               )
                                               )

TRANSMITTAL OF WITHDRAWAL OF REFERENCE
TO THE DISTRICT COURT

  X    Withdrawal of Reference pursuant to Local Rule 5011-1,
       Motion to Withdraw Reference filed on  August 10, 2020

       The party or parties included in the withdrawal of reference to the
       District Court:

       Movant:  Daoping Bao, Michael Evans, Sid Dutchak, Jerome Henshall, Mark Bains and

       Guo "David" Ding

       Attorney for Movant:  James Webb,   Mitrani, Rynor, Adamsky & Toland, 301 Arthur
       Godfrey Road, Miami Beach, FL  33140  (305) 358-0050  AND  Robert Stein,  Rennert
       Vogel Mandler & Rodriguez, P.A.  Miami Tower 100 S.E. Second Street, Ste 2900,
       Miami, FL  33131 (305) 577-4177


       Respondent:  Mark C. Healy, Liquidating Trustee
       Attorney for Respondent:  Robert P. Charbonneau, Agentis PLLC, 55 Alhambra Plaza,

Suite 800, Coral Gables, FL  33134  (305)722-2002 AND  David Cimo, Cimo Mazer Mark, PLLC 100 S.E. 2nd Street, Ste 3650  Miami, FL  33131 (305)374=6482

Items included in this transmittal:

 X    Motion to Withdraw Reference
 X    Memorandum in Support of Motion to Withdraw Reference  (WITHIN Motion)
 X    Response to Motion to Withdraw Reference
 X    Copy of Bankruptcy Docket Sheet
_____ Other _____

County   of  Residence  Duval Date  September 3, 2020 By Cathy Perkins

District Court Case Number   3-20-cv-01010-J-34